IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:08-CR-32-SPM/AK-3

JORGE ROSELL,

    Defendant.

_____/

**ORDER DIRECTING COUNSEL TO SUPPLEMENT MOTION TO WITHDRAW**

This cause comes before the Court on the Motion to Withdraw as Counsel (doc. 281) filed by Attorney Lawrence E. Besser, who was retained to represent Defendant at the trial level, and the Defendant's Motion to Appoint Counsel for Appeal (doc. 282).

Under the Criminal Justice Act, 18 U.S.C. § 3006(c), "[i]f at any stage of the proceedings, including appeal, . . . the court finds that a person is financially unable to pay counsel whom he had retained, it may appoint counsel as provided [in the act]." However, before appointing counsel, Addendum Four (d)(2) of the Eleventh Circuit Plan Under the Criminal Justice Act requires a district court to "conduct[] an in camera review of the financial circumstances of the defendant and of the fee arrangements between the defendant and retained counsel." To

this end, the local rules of the Northern District of Florida require retained counsel to submit information regarding the fee arrangements. See N.D. Fla. Loc. R. 11.1(G)(2). If appellate counsel is appointed for a defendant under the Criminal Justice Act, the defendant "may [appeal] without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28." 18 U.S.C. § 3006A(e). Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion to Withdraw as Counsel (doc. 281) and Motion to Appoint Counsel for Appeal (doc. 282) will be held under advisement.

2. Retained counsel shall have up to and including August 10, 2009, to supplement the motions with the information required by N.D. Fla. Loc. R. 11.1(G)(2) and facilitate the filing of a financial affidavit demonstrating the Defendant's financial eligibility for appointment of counsel.

DONE AND ORDERED this sixteenth day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge